GILBERT O. CROW EAGLE
Name and Prisoner/Booking Number

WINNER CITY JAIL
Place of Confinement

217 E 3RD ST
Mailing Address

WINNER SD 57580
City, State, Zip Code

**FILED**
APR 1 3 2012
[signature] CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## _____ DIVISION

GILBERT O. CROW EAGLE
(Full Name of Plaintiff)

Case No. CIV12-4069
(To be supplied by the Clerk)

Plaintiff,

vs.

U.S. MARSHALS SERVICE EROL
PAUL SCHORDER
LORI KALENDA
RICHARD BERTRAM
ETAL,
(Full Name of Each Defendant)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Defendants.

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☐ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: GILBERT O. CROW EAGLE
   Present mailing address: 217 E 3RD ST, WINNER SD. 57580
   (Failure to notify the Court of any change of address may result in dismissal of this action.)

Institution/city where violation occurred: WINNER CITY JAIL

JURY TRIAL DEMAND

CIVIL RIGHTS COMPLAINT

Revised 1/11                                                                 Page 1 of 7

3. Name of first Defendant: **U.S. MARSHALS SERVICE**. The first Defendant is employed as: at **PIERRE SD ETAL**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☑ Individual capacity ☑ Official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **Federal Agents**

4. Name of second Defendant: **Paul Schroeder**. The second Defendant is employed as: **CHIEF OF POLICE** at **WINNER CITY Jail**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☑ Individual capacity ☑ Official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **CHIEF OF Police**

5. Name of third Defendant: **Lori Kalenda**. The third Defendant is employed as: **Jail Administrator** at **WINNER CITY Jail**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☑ Individual capacity ☑ Official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **Employment**

6. Name of fourth Defendant: **Richard Bertram**. The fourth Defendant is employed as: **Serjeant SGT.** at **WINNER CITY Jail**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☑ Individual capacity ☑ Official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **Employment**

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If your answer is "yes," how many lawsuits have you filed? _____. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____

**JURY TRIAL BY DEMAND**

CIVIL RIGHTS COMPLAINT

    b. Court: (If federal court, identify the district; if state court, identify the county.) _____

    c. Case or docket number: _____
    d. Claims raised: _____

    e. Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f. Approximate date lawsuit was filed: _____
    g. Approximate date of disposition: _____

4. Second prior lawsuit:
    a. Parties to previous lawsuit:
       Plaintiff: _____
       Defendants: _____

    b. Court: (If federal court, identify the district; if state court, identify the county.) _____

    c. Case or docket number: _____
    d. Claims raised: _____

    e. Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f. Approximate date lawsuit was filed: _____
    g. Approximate date of disposition: _____

5. Third prior lawsuit:
    a. Parties to previous lawsuit:
       Plaintiff: _____
       Defendants: _____

    b. Court: (If federal court, identify the district; if state court, identify the county.) _____

    c. Case or docket number: _____
    d. Claims raised: _____

    e. Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f. Approximate date lawsuit was filed: _____
    g. Approximate date of disposition: _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

*JURY TRIAL BY DEMMAND* [handwritten]

CIVIL RIGHTS COMPLAINT

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   SDCL-24-21-11 STATE STATUE
   VIOLATION OF 8TH AMENDMENT, PITTRE V CAIN (8 CIR 2010)

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☑ Medical care
   - ☐ Access to the court
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Retaliation
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   BY NOT GETTING ME TO EMERGENCY ROOM WHILE SERIOUSLY ILL.
   VIOLATION OF CONSITUTIONAL RIGHTS CIVIL RIGHTS
   SGT RICHARD BERTRAM - DEFENDANT
   HEALTH AND SAFTEY
   NO MEDICATIONS, HOSPITALIZATION.
   IN ADDITION ON FOLLOWING PAGES    LORI KALENDA - DEFENDANT

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   HEALTH AND SAFTEY
   CIVIL CONSITUTIONAL RIGHTS

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. NO RESPONSE BY DEFENDANTS ENCLOSED

JURY TRIAL BY DEMMAND

CIVIL RIGHTS COMPLAINT

Revised 1/11                                                                                                Page 4 of 7

## COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): _SDCL - 24-21-11  PITREV CAIN, 8TH CIR 2010 8TH AMENDMENT VIOLATION_

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☒ Medical care   ☐ Access to the court   ☐ Mail
   - ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   - ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   _VIOLATION OF CIVIL CONSITUTIONAL RIGHTS TO MEDICAL CARE NO HANDYCAP ACCESS AND KNOWING THIS PUNITIVE DAMAGE CASE CHIEF OF POLICE PAUL SCHWETH DEFENDANT_

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   _MEDICAL HEALTH AND SAFTEY_

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _Enclosed_

_JURY TRIAL BY DEMMAND_

## COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s):
   _Violation of Civil Constitutional Rights_
   _8th Amendment_

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☑ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   _City and County Commissioners know this facility is not lawly cap access, but still excepted me from U.S. Marshals Service U.S. Marshals knowing the same but still housed_

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   _Health and Saftey_

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not.   _Enclosed_

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

_Jury Trial Demanded_

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

50 Million Dollars from Federal officials

50 Million Dollars from State, City officials

Money Damage Relief

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/11/12                    _Debt O Crow Eagle_
              DATE                       SIGNATURE OF PLAINTIFF

_____
(Name and title or paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.

_Jury Trial Demanded_

CIVIL RIGHTS COMPLAINT